BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ZHANG

**FILED**

DEC - 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-00812 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER PERMITTING SUIBIN ZHANG TO TRAVEL OUTSIDE THE STATE OF CALIFORNIA FROM DECEMBER 16, 2011 AND RETURNING ON OR BEFORE DECEMBER 18, 2011** |
| SUIBIN ZHANG, | ) |
| Defendant. | ) |

**ORDER**

THE PARTIES HAVE STIPULATED, AND GOOD CAUSE APPEARING, it is hereby ordered as follows:

The Order Setting the Conditions of Release issued by the Court on December 22, 2005, is hereby modified to permit Suibin Zhang to travel outside the State of California to and through the state of Nevada, starting on December 16, 2011, and returning no later than December 18, 2011. All other conditions of release ordered on December 22, 2005, to remain in full force and effect.

Dated: December ___, 2011

HONORABLE ~~PAUL S. GREWAL~~
United States Magistrate Judge

Howard R. Lloyd

ORDER PERMITTING TRAVEL
05-00812 RMW (RS)                    1