1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant ZHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-00812 RMW |
|---|---|
| Plaintiff, | ) STIPULATION AND [] |
| vs. | ) ORDER CONTINUING DATE FOR |
|  | ) SENTENCING HEARING |
| SUIBIN ZHANG, | ) |
| Defendant. | ) |

## **STIPULATION**

Defendant Suibin Zhang, by and through Assistant Federal Public Defender Manuel U. Araujo, and the United States, by and through Assistant United States Attorneys Matthew A. Parrella and David R. Callaway, hereby stipulate that, with the Court's approval, the sentencing hearing, currently set for Monday, October 15, 2012, at 9:00 a.m. be continued to Monday, December 10, 2012, at 9:00 a.m.. United States Probation Officer Benjamin Flores has no objection to the stipulation. The proposed date is acceptable to Officer Flores.

\\\

\\\

Stipulation and [] Order Cont.
Sentencing Hearing
CR 05-00812 RMW                                    1

1  The reason for the requested continuance is to allow the parties additional time to
2  investigate and prepare for sentencing.
3  IT IS SO STIPULATED.
4  Dated: September 24, 2012

                                    _____/s/_____
                                    MANUEL U. ARAUJO
                                    Assistant Federal Public Defender

Dated: September 24, 2012           MELINDA HAAG
                                    United States Attorney

                                    ___/s/_____
                                    MATTHEW A. PARRELLA
                                    Assistant United States Attorney


                                    _/s/_____
                                    DAVID R. CALLAWAY
                                    Assistant United States Attorney


### [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing currently set for Monday, October 15, 2012, at 9:00 a.m., is continued to Monday, December 10, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Date: _____          _____
                                  THE HONORABLE RONALD M. WHYTE
                                  United States District Judge