STEVEN G. KALAR
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ZHANG

FILED

DEC 1 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00812 RMW (PSG) |
| Plaintiff, | ORDER PERMITTING SUIBIN ZHANG |
| v. | TO TRAVEL TO NORTHERN NEVADA |
| | ON DECEMBER 22, 2012, RETURNING |
| SUIBIN ZHANG, | ON OR BEFORE JANUARY 6, 2013 |
| Defendant. | **HON. PAUL S. GREWAL** |

**ORDER**

THE PARTIES HAVING AGREED IN OPEN COURT, AND GOOD CAUSE APPEARING, it is hereby ordered as follows:

The Order Setting the Conditions of Release issued by the Court on December 22, 2005, is hereby modified to permit Suibin Zhang to travel to Northern Nevada on December 22, 2012, returning no later than January 6, 2013. All other conditions of release ordered on December 22, 2005, remain in full force and effect.

Dated: December 1⁄2012

HON. ~~PAUL S. GREWAL~~
United States Magistrate Judge
**HOWARD R. LLOYD**

ORDER PERMITTING TRAVEL
05-00812 RMW (PSG)                                  1