STEVEN G. KALAR
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant SUIBIN ZHANG

FILED

MAY 21 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUIBIN ZHANG,<br><br>　　　　Defendant. | No. CR 05-00812 RMW (HRL)<br><br>[~~PROPOSED~~] ORDER PERMITTING SUIBIN ZHANG TO TRAVEL TO CHINA AND DIRECTING PRETRIAL SERVICES TO RELEASE THE DEFENDANT'S PASSPORT |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The Order Setting the Conditions of Release issued by the Court on December 22, 2005, shall be modified to permit Suibin Zhang to travel to China, leaving on or about May 22, 2013 and returning to the United States on or before June 10, 2013.

IT IS FURTHER ORDERED that Pretrial Services release Mr. Zhang's passport to him and that Mr. Zhang is to surrender his passport to the Pretrial Services Office within 48 hours of his return.

Order Permitting Travel and Release of Passport
05-00812 RMW　　　　　　　　　　　　1

1     All other conditions of release ordered on December 22, 2005, remain in full force and
2 effect.
3 Dated: May 24, 2013

                              HONORABLE HOWARD R. LLOYD
                              United States Magistrate Judge